UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., | No. C 11-0961 MEJ |
| Plaintiff, | |
| v. | **ORDER VACATING CMC** |
| BAYPORTE ENTERPRISES, INC, | |
| Defendant. | |
| _____/ | |

This matter is currently scheduled for a case management conference on June 9, 2011. However, as default has been entered against Defendant Bayporte Enterprises, the Court VACATES the June 9 c.m.c. Plaintiff Lehman Brothers Holdings shall file a motion for default judgment within 30 days. Plaintiff shall concurrently file its consent to magistrate judge jurisdiction or request for reassignment to a district court judge.

**IT IS SO ORDERED.**

Dated: June 3, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge